[No. 4442–II.   Division Two.   October 30, 1981.]

ROBERT A. MOLTKE, *Respondent*, v. UNION OIL
COMPANY OF CALIFORNIA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 267788, Arthur W. Verharen, J., entered
November 16, 1979. *Reversed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Johnson, J. Pro
Tem.

[No. 8908–1–I.   Division One.   November 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILIP
BRETT ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00786–2, Jack P. Scholfield, J., entered
May 29, 1980. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by James, C.J., and Corbett, J.

[No. 9834–9–I.   Division One.   November 2, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER
J. VANPOUCKE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04043–6, W. R. Cole, J., entered January
23, 1981. *Reversed* and *remanded* by unpublished per
curiam opinion.